UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACHEL ZIMMERMAN, ET AL.

     Plaintiffs,    23-cv-9003 (JGK)

  - against -       ORDER

DAVID C. BANKS, ET AL.

     Defendants.

---

JOHN G. KOELTL, District Judge:

  The time for the defendants to answer was November 3, 2023. ECF No. 5. To date, no answer has been filed.

  The time for the defendants to answer or respond to the complaint is extended to **November 20, 2023**. If the defendants fail to respond to the complaint by that date, a default may be entered against the defendants.

SO ORDERED.

Dated: New York, New York
     November 6, 2023

                _____
                John G. Koeltl
               United States District Judge