UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

RACHEL ZIMMERMAN,                                23-cv-9003 (JGK)

              Plaintiff,                  ORDER

    - against -

DAVID C. BANKS, ET AL.,

              Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 20, 2023.

SO ORDERED.

Dated:    New York, New York
           December 5, 2023

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                               United States District Judge