UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACHEL ZIMMERMAN,                         23-cv-9003 (JGK)

              Plaintiff,         ORDER

   - against -

DAVID C. BANKS, ET AL.,

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

The parties are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed cross motions for summary judgment. ECF Nos. 16 and 23.

**SO ORDERED.**

Dated:    New York, New York
           June 17, 2024

                                      _____
                                      John G. Koeltl
                                  United States District Judge