```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

RACHEL ZIMMERMAN, ET AL.,
                Plaintiffs,　　　　　23-cv-9003 (JGK)

     - against -　　　　　　　　　　　　ORDER

DAVID C. BANKS, ET AL.,
                Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for oral argument in connection with the parties' cross motions for summary judgment, on **Thursday, November 21, 2024**, at **12:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            November 4, 2024

                                                    _____
                                                          John G. Koeltl
                                               United States District Judge