# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

RACHEL ZIMMERMAN, ET AL.,

                  Plaintiffs,                  23 **CIVIL** 9003 (JGK)

      -against-                        **<u>JUDGMENT</u>**

DAVID C. BANKS, ET AL.,

                  Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 25, 2024, the parties' cross-motions for summary judgment on the transportation issue are denied without prejudice and remanded to the IHO. The plaintiff's motion for summary judgment on the related services issue is denied without prejudice and the defendants' motion for summary judgment on that issue is granted to the extent that the plaintiff's requested relief is denied without prejudice. This case is remanded to the IHO. Accordingly, the case is closed.

**Dated:** New York, New York

        November 25, 2024

                               **DANIEL ORTIZ**
                            **Acting Clerk of Court**

                **BY:**

                          _____
                                **Deputy Clerk**